PS 42
(Rev 07/93)

# United States District Court

JUN 1 2 2012

### Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | **Case No. 2:12CR02038-RMP-001** |
| | ) | |
| **Bradley Richard Marvin** | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Bradley Richard Marvin, have discussed with James A. Moon, Pretrial Services/Probation Officer, modification of my release as follows:

Delete the home electronic monitoring requirement of condition #23 in the release order filed on April 25, 2012.  All other conditions of release remain in effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _____ | 6-8-12 | _____ | 6-8-12 |
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the request and concur that this modification is appropriate.

| | |
|---|---|
| _____ | 6/11/12 |
| Signature of Defense Counsel | Date |

I have reviewed the request and do not object to the modification.

| | |
|---|---|
| _____ | 6/12/12 |
| Signature of Assistant U.S. Attorney | Date |

Bradley Richard Marvin
Consent to Modify Conditions of Release
Page 2

## CAUSE

This officer requested the electronic monitoring condition at the time of the bail investigation to address risk of flight/nonappearance issues because of the defendant's strained relationship with his parents combined with his request to reside with them if released from custody. The condition included both G.P.S. monitoring and a curfew requirement. The defendant has complied with his release requirements and is doing well. He has resided with his parents as required. He has obtained employment for a fence company recently and that work may take him out of the area periodically for overnight stays. Based upon the defendant's adjustment, this officer believes the electronic monitoring condition is no longer necessary to address risk of flight/nonappearance. I respectfully recommend the condition be removed.

Respectfully submitted,

by    *James A. Moon*

James A. Moon
U.S. Probation Officer
Dated: June 8, 2012

---

THE COURT ORDERS:

[X]    The above modification of conditions of release is ordered, to be effective on 6/12/12 .

[ ]    The above modification of conditions of release is not ordered.

*James P. Hutton*                                6/12/12

Signature of Judicial Officer                Date