UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MICHELLE DAWN WARNICK, )<br>BRADLEY RICHARD MARVIN, )<br>)<br>Defendant. )<br>)<br>) | NO: CR-12-2038-RMP-1, 2<br><br>ORDER GRANTING DEFENDANTS'<br>MOTIONS TO MODIFY CONDITIONS OF<br>RELEASE |

BEFORE THE COURT is Defendant Warnick and Defendant Marvin's joint Motions To Modify Conditions of Release (Ct. Rec. 98, 101).

Having heard argument from counsel and having reviewed Defendants' motions and relevant pleadings and U.S. Probation having no objection, the Court granted the Motions to Modify Conditions of Release **(Ct. Rec. 98, 101)**.

**IT IS ORDERED** that Defendants' conditions of release are modified as follows:

1. Defendants are allowed to have contact with each other.

2. Defendants shall not discuss the pending charges.

3. All other conditions of release previously imposed remain in full effect.

DATED this 28th day of September, 2012.

                                                  s/ James P. Hutton  
                                                  JAMES P. HUTTON  
                                                  U.S. MAGISTRATE JUDGE